**Motion Granted; Order filed October 25, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00085-CV
_____

## DERRICK PARKER, Appellant

## V.

## BRITTANI A. DENNIS, Appellee

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 55526**

## O R D E R

Appellant's brief was originally August 20, 2012. Appellant requested and was granted two extensions of time to file his brief until October 19, 2012**.** Appellant now files a third request for an extension of time. Appellant's request is granted and we issue the following order.

Unless appellant files his brief with the clerk of this court on or before **November 19, 2012**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM